IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01071-WDM-PAC

SHEET METAL WORKERS LOCAL 9 PENSION TRUST, et al.,

    Plaintiffs,

v.

ESTATE OF RICHARD MOUL, et al.,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that the Motion to Vacate and Reschedule Scheduling Conference [filed January 4, 2007; Doc. No. 9] is **GRANTED** as follows:

    The Scheduling Conference set for January 9, 2007 is ***vacated and reset*** to **January 25, 2007 at 10:00 a.m.**, Courtroom A501.  The proposed Scheduling Order is due on or before **January 19, 2007.**

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  January 8, 2007